# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0408-26-CR-W-GAF |
| ) | |
| JAMES R. PETERSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Plaintiff's Appeal of Magistrate Judge's Ruling on Motion for Detention. The Court having fully considered said appeal and the record herein, it is found that there is no error or abuse of discretion in United States Magistrate Judge Sarah W. Hays' ruling denying the Government's Motion to Deny Detention. Accordingly, it is

ORDERED that Plaintiff's appeal is denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 3, 2007